**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2329-17T4

RICHARD BENNETT,

    Plaintiff-Respondent,

v.

CHERYL BENNETT,

    Defendant-Appellant.

_____

Argued March 11, 2019 – Decided June 5, 2019

Before Judges Sumners and Mitterhoff.

On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Morris County, Docket No. FM-14-0439-99.

Salvatore A. Simeone argued the cause for appellant (Weiner Law Group, LLP, attorneys; Salvatore A. Simeone, on the briefs).

Lawrence D. Forster argued the cause for respondent (Forster Arbore Velez, attorneys; Lawrence D. Forster, of counsel; Thomas Ercolano, III, on the brief).

PER CURIAM

The parties having filed a stipulation of dismissal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2329-17T4